IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 137 PENSION FUND, PLUMBERS & PIPEFITTERS NATIONAL PENSION PLAN, EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, PLUMBERS & STEAMFITTERS LOCAL 137 APPRENTICESHIP FUND, PLUMBERS & STEAMFITTERS LOCAL 137 INDUSTRIAL FUND, PLUMBERS & STEAMFITTERS LOCAL 137 SAVINGS FUND, PLUMBERS & STEAMFITTERS LOCAL 137. <br><br> Plaintiffs, <br><br> vs. <br><br> PUNZAK AIR CONDITIONING & SALES COMPANY, INC. <br><br> Defendant. | No. _____ |

## COMPLAINT

NOW COME Plaintiffs, PLUMBERS & STEAMFITTERS LOCAL 137 PENSION FUND *et al.*, by and through its attorneys, Cavanagh & O'Hara LLP, complaining of the Defendant, PUNZAK AIR CONDITIONING & SALES COMPANY, INC., allege as follows.

1. This action is brought and maintained in accordance with the provisions of the Labor Management Relations Act, as amended, 29 U.S.C. 185(a), and the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. 1001 *et seq.*, as amended, in particular 29 U.S.C. 1145 (Section 515 of ERISA), and is a civil action to recover employer contributions or payments owed to the Plaintiffs.

2. Jurisdiction in this Court is proper pursuant to 29 U.S.C. 1132(e)(1).

3. Pursuant to 29 U.S.C. 1132(e)(2), venue is proper in this case as the Defendant's place of business is 4745 Industrial Drive, Springfield, Illinois 62703.

4. The Plaintiffs are employee benefit plans (or labor-related organizations) administered pursuant to the terms and provisions of the Agreements and Declarations of Trust creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, 29 U.S.C. 186, and ERISA, as amended, 29 U.S.C. 1001 et seq.

5. The address and place of business of the Plaintiffs administrative office is 2880 E. Cook Street, Springfield, Illinois, 62703.

6. The Defendant PUNZAK AIR CONDITIONING & SALES COMPANY, INC. (Punzak) was an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. 1002 (5) and (12).

7. Punzak employed bargaining unit individuals who are members of and represented by Plumbers & Steamfitters Local 137, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to the Collective Bargaining Agreement signed by Punzak and which is attached in pertinent part hereto and incorporated herein as Exhibit A.

8. Pursuant to ERISA, 29 U.S.C. 1145, Punzak is required to make contributions to the Plaintiffs in accordance with the terms and conditions of the Funds' Agreements and Declarations of Trust. Said Agreements and Declarations of Trust, in pertinent part, are attached hereto and incorporated herein as Exhibits B and C.

9. Pursuant to the Trust Agreements, Plaintiffs are authorized and empowered to collect, through legal proceedings, payments due to the Plaintiffs pursuant to the applicable Trusts

Agreements and collective bargaining agreements.

10. Except for a payment of $1949.70 made to the Plumbers and Pipefitters National Pension Plan, Punzak has failed to pay fringe benefit contributions for the months of April 2013 through August 2013. The contributions that are delinquent amount to $89,533.39. The summaries of the report forms submitted by the Defendant, that show the amount due to the Plaintiffs, are attached hereto and incorporated herein as Exhibit D.

7. Pursuant to ERISA, 29 U.S.C. 1132(g)(2), and the Agreements and Declarations of Trust, Punzak is liable for liquidated damages in the amount of $8,953.34, reasonable attorney fees, and for all reasonable costs incurred in the collection process, including but not limited to court fees and related expenses.

WHEREFORE, Plaintiffs pray as follows:

A. That Punzak be ordered to pay to the Plaintiffs all such monies due, including delinquent contributions, liquidated damages, interest, and all applicable statutory remedies, for all contributions due and owing at the time Judgment is entered;

B. That Defendant be specifically required to perform and continue to perform all of its obligations to Plaintiffs, particularly to pay Plaintiffs the contributions summarized in Exhibit D;

C. That Defendant be decreed to pay Plaintiffs its reasonable attorney fees as provided by ERISA, 29 U.S.C. 1132(g)(2), and Plaintiffs' Agreements and Declarations of Trust;

D. That Defendant be decreed to pay all costs attendant to these proceedings;

E. That Plaintiffs be awarded any other relief as the Court deems just and equitable, all at Defendant's cost.

PLUMBERS & STEAMFITTERS LOCAL 137 PENSION FUND *et al.*, Plaintiffs,

By:   s/ John A. Wolters
      JOHN A. WOLTERS
      **CAVANAGH & O'HARA**
      407 East Adams, P. O. Box 5043
      Springfield, IL   62705
      Telephone:   (217) 544-1771
      Facsimile:   (217) 544-5236
      johnwolters@cavanagh-ohara.com